

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,355-01

### EX PARTE STEPHEN BLANE FULTNER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 14-0307X(A) IN THE 71ST DISTRICT COURT FROM HARRISON COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of two counts of aggravated sexual assault and sentenced to thirty-five years' imprisonment for each count. The Sixth Court of Appeals affirmed his conviction. *Fultner v. State*, No. 06-16-00045-CR (Tex. App.—Texarkana Nov. 4, 2006)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed. Based on the record, the trial court has determined that appellate counsel's performance was deficient and that Applicant would have timely filed a petition for discretionary review but for counsel's deficient performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Court of Appeals in cause number 06-16-00045-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: December 18, 2019
Do not publish